# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL,<br><br>        Plaintiff,<br><br> v.<br><br>THE FEDERAL TRADE COMMISSION<br><br>and<br><br>LINA M. KHAN, in her official capacity,<br><br>        Defendants. | Civil Action No. 24-1066 (JDB) |

## MGM RESORTS INTERNATIONAL'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff MGM Resorts International ("MGM") respectfully moves the Court for leave to file the short Sur-Reply Brief attached hereto as Exhibit A in response to the Reply Brief in support of the Motion to Dismiss of Defendants Federal Trade Commission ("the Commission") and Lina Khan (with the Commission, "Defendants"). In support of this Motion, MGM states as follows:

1. MGM filed its Complaint against Defendants on April 15, 2024. Defendants subsequently moved to dismiss on June 24, which MGM opposed on August 7. *See* Doc. Nos. 15, 17. On September 6, Defendants filed their Reply Brief in further support of their Motion to Dismiss. *See* Doc. No. 20. The Reply Brief raised a new argument, discussed in greater detail below and in Exhibit A.

2. Local Civil Rule 7 provides for the filing of an initial motion and brief in support of the motion, opposition brief, and reply brief. *See* Local Civil Rule 7(a-b), (d). Any additional briefing therefore requires leave of the Court, which MGM seeks by means of this Motion.

3. The Court should grant MGM's request for leave to file the proposed Sur-Reply. "The standard for granting leave to file a sur-reply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001); *see also Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (noting that courts "routinely" grant leave to file sur-replies to "contest matters presented to the court for the first time" in reply).

4. MGM's request is justified because Defendants raised a new argument in their Reply Brief and MGM has no other means of responding to it. As set forth in greater detail in the proposed Sur-Reply, Defendants argued in their Opening Memorandum that this Court should dismiss MGM's Complaint because, in Defendants' view, the constitutional rights MGM seeks to enforce in this case could be vindicated by appeal to the U.S. Court of Appeals for the Ninth Circuit following a separate summary proceeding the Commission filed months after this one in the District of Nevada. After MGM pointed out in its Opposition that this argument was considered and specifically rejected by the Supreme Court in *Axon Enterprise, Inc. v. Federal Trade Commission,* 598 U.S. 175, 191 (2023), Defendants changed their tune. In their Reply, Defendants argue for the first time that the summary proceeding, itself, is an adequate forum to hear MGM's constitutional claims. MGM seeks leave to file the attached Sur-Reply in order to address this issue directly, and if leave to do so is not granted, MGM will have no other opportunity to address this material change in Defendants' position.

5. In light of the foregoing, MGM respectfully requests that the Court grant MGM's Motion for Leave to File Sur-Reply and permit MGM to file their proposed Sur-Reply. A proposed order accompanies this Motion.

6. MGM's certification pursuant to LCvR 7(m) is attached to this filing.

**WHEREFORE**, Plaintiff MGM Resorts International respectfully requests that the Court enter the attached proposed order granting MGM leave to file the Sur-Reply in further opposition to Defendants' Motion to Dismiss attached hereto as Exhibit A.

**DATE:** September 25, 2024　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Brian J. Boyle
　　　　　　　　　　　　　　　　　　　　　　　Brian J. Boyle (DC Bar No. 1765448)
　　　　　　　　　　　　　　　　　　　　　　　DLA Piper LLP
　　　　　　　　　　　　　　　　　　　　　　　500 8th St NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　(215) 656-2450
　　　　　　　　　　　　　　　　　　　　　　　brian.boyle@us.dlapiper.com

　　　　　　　　　　　　　　　　　　　　　　　Andrew Sacks (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　DLA Piper LLP
　　　　　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 6900 Seattle, Washington 9810
　　　　　　　　　　　　　　　　　　　　　　　(206) 839-4890
　　　　　　　　　　　　　　　　　　　　　　　andrew.sacks@us.dlapiper.com

　　　　　　　　　　　　　　　　　　　　　　　Brett M. Feldman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　DLA Piper LLP
　　　　　　　　　　　　　　　　　　　　　　　1650 Market Street
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　(216) 656-2448
　　　　　　　　　　　　　　　　　　　　　　　brett.feldman@us.dlapiper.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff MGM Resorts International*