IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL,<br><br>                              Plaintiff,<br><br>    v.<br><br>THE FEDERAL TRADE COMMISSION<br><br>and<br><br>ANDREW N. FERGUSON,<br>in his official capacity,<br><br>                              Defendants. | Civil Action No. 24-1066 (JDB) |

## SECOND JOINT STATUS REPORT

Plaintiff MGM Resorts International ("MGM"), and Defendants, the Federal Trade Commission and Andrew N. Ferguson, in his official capacity, (together with MGM, "the Parties"), by and through their undersigned counsel, respectfully submit the following joint status report.

On February 26, 2025, MGM received correspondence from the Federal Trade Commission stating that it is withdrawing the Civil Investigative Demand ("CID") to MGM. Later that day, MGM's counsel received further communication from the Commission's counsel in the District of Nevada matter—in which the Commission had sought an order of that Court to enforce the CID—indicating the Commission's intent to terminate the Nevada litigation, however the Commission has not yet taken action in that regard and the case remains pending. The parties expect to meet and confer about the status of the investigation and the Nevada action in the very near future.

1

The parties are actively discussing the impact of these developments on the case at bar, and respectfully request that they be permitted to submit another joint status report on or before March 21, 2025, to provide a further update to the Court on whether this case is moot.

**Respectfully submitted,**

DATE: February 28, 2025

| | |
|---|---|
| EDWARD R. MARTIN, JR.<br>D.C. Bar No. 481866<br>United States Attorney | */s/ Brian J. Boyle*<br>Brian J. Boyle (DC Bar No. 1765448)<br>DLA Piper LLP<br>500 8th St NW<br>Washington, DC 20004<br>(202) 799-4000 |
| */s/ Brenda González Horowitz*<br>Brenda González Horowitz<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2512 | *Counsel for Plaintiff MGM Resorts International* |

*Attorneys for the United States*