IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL,<br><br>                          Plaintiff,<br><br>     v.<br><br>THE FEDERAL TRADE COMMISSION<br><br>and<br><br>ANDREW N. FERGUSON,<br>in his official capacity,<br><br>                          Defendants. | Civil Action No. 24-1066 (JDB) |

**THIRD JOINT STATUS REPORT**

Plaintiff MGM Resorts International ("MGM"), and Defendants, the Federal Trade Commission and Andrew N. Ferguson, in his official capacity, (together with MGM, "the Parties"), by and through their undersigned counsel, respectfully submit the following joint status report.

On February 26, 2025, the Federal Trade Commission withdrew the Civil Investigative Demand ("CID") to MGM.

On February 28, 2025, the Parties filed a Stipulation of Dismissal in the District of Nevada matter in which the Commission had sought an order of that Court to enforce the CID.

On March 5, 2025, the Nevada Court entered the Stipulation, dismissing the Nevada action without prejudice.

In light of the foregoing and because there is no longer a pending FTC investigation of MGM in this matter, the parties intend to promptly file a Joint Stipulation of Dismissal of this action.

1

                                                                **Respectfully submitted,**

DATE: March 7, 2025

EDWARD R. MARTIN, JR.                           */s/ Brian J. Boyle*
D.C. Bar No. 481866                             Brian J. Boyle (DC Bar No. 1765448)
United States Attorney                          DLA Piper LLP
                                                500 8th St NW
                                                Washington, DC 20004
*/s/ Brenda González Horowitz*                  (202) 799-4000
Brenda González Horowitz
D.C. Bar No. 1017243
Assistant United States Attorney                *Counsel for Plaintiff MGM Resorts*
601 D Street, NW                                *International*
Washington, DC 20530
(202) 252-2512


*Attorneys for the United States*

2