IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL,<br><br>  Plaintiff,<br><br>v.<br><br>THE FEDERAL TRADE COMMISSION<br><br>and<br><br>ANDREW N. FERGUSON,<br>in his official capacity,<br><br>  Defendants. | Civil Action No. 24-1066 (JDB) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff MGM Resorts International ("MGM"), and Defendants, the Federal Trade Commission and Andrew N. Ferguson, in his official capacity, (together with MGM, "the Parties"), through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby give notice that all claims set forth in the Complaint filed in the above-captioned case are dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

**Respectfully submitted,**

DATE: March 7, 2025

EDWARD R. MARTIN, JR.
D.C. Bar No. 481866
United States Attorney


/s/ Brenda González Horowitz
Brenda González Horowitz
D.C. Bar No. 1017243

/s/ Brian J. Boyle
Brian J. Boyle (DC Bar No. 1765448)
DLA Piper LLP
500 8th St NW
Washington, DC 20004
(202) 799-4000

1

Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States*

*Counsel for Plaintiff MGM Resorts International*